# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

FRANCISCO LOPEZ-MARTINEZ,                    )
                                             )
                            Petitioner,      )
                                             )
            vs.                              )        Case No. 1:12-cv-1391-TWP-MJD
                                             )                 1:11-cr-0095-TWP-KPF
                                             )
UNITED STATES OF AMERICA.                    )


## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT.

The motion for relief pursuant to 28 U.S.C. § 2255 docketed as No. 1:12-cv-1391-TWP-MJD is **denied.**


Date: ___07/28/2014___

Laura Briggs, Clerk of Court

By: _____
        Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana


Distribution:

Francisco Lopez-Martinez
No. 10203-028
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH  44505

All electronically registered counsel